ACCEPTED
07-17-00160-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/3/2017 11:13 AM
Vivian Long, Clerk

## APPELLATE No. 07-17-00160-CR

| | | |
|---|---|---|
| **LADONNA JOHNSON** | § | **IN THE COURT OF APPEALS** |
| | § | |
| | § | |
| **v.** | § | **OF THE SEVENTH** |
| | § | |
| **THE STATE OF TEXAS** | § | **SUPREME JUDICIAL DISTRICT** |

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
8/3/2017 11:13:50 AM
VIVIAN LONG
CLERK

### <u>MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF</u>

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW LADONNA JOHNSON, Appellant, by and through her counsel, David Crook, and files this motion for an extension of 30 days in which to file the Appellant's Brief. In support of this motion, Appellant would show the Court the following:

### I.

The Appellant was convicted in the 140th District Court of Lubbock County, Texas, of the offense of Aggravated Assault-BI & DW in Cause No. 2015-406,494, styled *State of Texas v. Ladonna Johnson*. The Appellant was assessed a punishment of 8 years TDCJ.

### II.

The deadline for filing the appellate brief is August 28, 2017. Counsel for Appellant has not requested any extensions prior to this request.

### III.

Appellant's request for an extension is based upon the following facts: Counsel needs to make a trip to Shreveport to visit his elderly mother. Also, Counsel has an upcoming trial setting during the critical period.

*Prayer*

WHEREFORE, appellant prays the Court grant this motion and extend the deadline for filing the Appellant's brief in Appellate No. 07-17-00160-CR to Wednesday, September 27, 2017.

Respectfully submitted,

Crook & Jordan

By: /s/David Crook
David Crook
PO Box 94590
Lubbock, TX 79493
SBN: 05109530
Telephone: (806) 744-2082
Fax: (806) 744-2083
E-Mail: dcrook@nts-online.net
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered motion has been served on the attorney for Appellee, by e-mail on this the 3rd day of August, 2017.

/s/David Crook_____
DAVID CROOK
ATTORNEY FOR APPELLANT